MAY 27 AM 8:40

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No.     22-542 (M) |
| a White iPhone Cellular Phone and Black Alcatel Cellular Phone hereby referred to as "The Devices" described in Attachment A. | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____San Juan_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 31, 2022_____
                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty _____ .
                           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____May 17, 2022 at 6:14 PM_____         Digitally signed by Hon. Giselle López-Soler
                                                       *Judge's signature*

City and state: _____San Juan, Puerto Rico_____          Giselle López-Soler, Magistrate Judge
                                                     *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>22-542 (M) | Date and time warrant executed:<br>5/18/2022 ) 11:25 AM | Copy of warrant and inventory left with:<br>FBI, PR District Office |

| Inventory made in the presence of : |
|---|
| TFO Elena Correa (DEA) |

| Inventory of the property taken and name of any person(s) seized: |
|---|
| 1. white Iphone Cellphone <br><br> 2. Black Alcatel Cell phone |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 5/18/22 <br><br> _____<br>*Executing officer's signature*<br><br>Omar Canas, Special Agent - FBI<br>*Printed name and title* |